**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-6612**

VINCENT JOHN HALL,

Plaintiff - Appellant,

versus

LARRY TUSTALL; MAXTON POLICE DEPARTMENT; MAJOR
GOINGS; SCOTLAND COUNTY SHERIFF DEPARTMENT,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Terrence W. Boyle, Chief
District Judge. (CA-02-28-5-BO)

Submitted:  September 12, 2002       Decided:  October 1, 2002

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Vincent John Hall, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Vincent John Hall appeals the district court's order dismissing as frivolous his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Hall v. Tustall, No. CA-02-28-5-BO (E.D.N.C. Mar. 20, 2002). We deny Hall's motion for default judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED